**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-2487**

RHONNA M. KELSON,

             Plaintiff – Appellant,

      v.

THE DEPARTMENT OF THE NAVY,

             Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James C. Dever III, Chief District Judge.  (7:13-cv-00022-D)

Submitted:  April 15, 2014          Decided:  April 24, 2014

Before GREGORY, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Rhonna M. Kelson, Appellant Pro Se.  Joshua Bryan Royster, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rhonna M. Kelson appeals the district court's order dismissing this action brought pursuant to the Federal Tort Claims Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Kelson v. Dep't of the Navy, No. 7:13-cv-00022-D (E.D.N.C. Nov. 15, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED